IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILADELPHIA HOSPITAL & HEALTH CARE EMPLOYEES – DISTRICT 1199C TRAINING AND UPGRADING FUND, et al. | : : : | CIVIL ACTION<br><br>NO.: 2:25-cv-01972-PD |
| Plaintiffs, | : : | |
| v. | : : : | |
| WEST PHILADELPHIA COMMUNITY MENTAL HEALTH CONSORTIUM, INC. a/k/a THE CONSORTIUM, INC. | : : : : | |
| Defendant. | : | |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiffs, Philadelphia Hospital and Health Care Employees – District 1199C Training and Upgrading Fund ("Training Fund") and Jennifer Herrmann, and Defendant, West Philadelphia Community Mental Health Consortium, Inc. a/k/a The Consortium, Inc., through their undersigned counsel, file this Stipulation of Voluntary Dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, requesting that this action be dismissed with prejudice.

| | |
|---|---|
| /s/Susan A. Murray | /s/Kevin V. Mincey |
| Susan A. Murray, Esquire | Kevin V. Mincey, Esquire |
| **Spear Wilderman, P.C.** | **Mincey, Fitzpatrick Ross, LLC** |
| 230 S. Broad Street, Suite 1650 | 1650 Market Street, 36th Floor |
| Philadelphia, PA  19102 | Philadelphia, PA  19102 |
| Counsel For Plaintiffs | Counsel for Defendant |
| | |
| Dated: October 22, 2025 | Dated: October 22, 2025 |