LAW OFFICES

# SPEAR WILDERMAN

*A Professional Corporation*
SUITE 1650, 230 SOUTH BROAD STREET, PHILADELPHIA, PA 19102
TEL (215) 732-0101   FAX (215) 732-7790

SAMUEL L. SPEAR
CHARLES T. JOYCE*
MARTIN W. MILZ*
SUSAN A. MURRAY◊
NICHOLAS J. BOTTA*
F. TIGHE BURNS*
CHRISTOPHER R. STOCKTON*
VLAD K. KACHKA**
AKEEM J. PARSONS
SAMUEL E. SHOPP
KAYLA M. RENSHAW
BRENDAN BONESSO

PA BAR EXCEPT:
†   NJ BAR
*   PA & NJ BAR
◊   PA, NJ & DC BAR
**  PA, NJ, NY & MD BAR

October 22, 2025

NJ OFFICE
1040 N. KINGS HIGHWAY
SUITE 202
CHERRY HILL, NJ 08034
(856) 482-8799

BRUCE E. ENDY
    RETIRED, 2017

IRA SILVERSTEIN
NEAL GOLDSTEIN*
JAMES KATZ*
WENDY CHIERICI
WARREN J. BORISH*
JAMES F. RUNCKEL
    OF COUNSEL

LEONARD SPEAR
    1923 – 2003

LOUIS H. WILDERMAN
    1909 - 1993

Email Address:
smurray@spearwilderman.com
Direct Dial: (215) 644-3969

The Honorable Paul S. Diamond
U.S. District Court for the Eastern
District of Pennsylvania
14614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

> **RE:   Philadelphia Hospital and Health Care Employees District 1199C Training and Upgrading Fund, et al. v. West Philadelphia Community Mental Health Consortium, Inc. ("The Consortium")**
> **U.S.D.C., E.D.PA, Civil Action No. 25-1972**

Dear Judge Diamond:

Our Firm represents the Plaintiffs in the above-captioned matter. I am pleased to notify Your Honor that the parties have resolved this matter and as of today, have executed a Settlement Agreement. Enclosed please find a Stipulation of Voluntary Dismissal of this action with prejudice.

Thank you for your courtesy and patience in this matter.

Respectfully submitted,

SPEAR WILDERMAN, P.C.

SAM/sm
Enclosure
cc: Kevin V. Mincey, Esquire

*Susan A. Murray*

**SUSAN A. MURRAY**